# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2946

_____

John D. Lockhart,                 *
                                         *

            Appellant,        *

                                         *     Appeal from the United States

      v.                              *     District Court for the Eastern

                                         *     District of Missouri.

Donna G. Adams, Registered Nurse;    *

Christian Kolom, Health Services       *         [UNPUBLISHED]

Administrator; Bonnie Henson,        *

                                         *

           Appellees.         *

_____

Submitted: May 28, 1999
Filed: June 4, 1999

_____

Before HANSEN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Missouri inmate John D. Lockhart appeals the district court's adverse grant of summary judgment in Lockhart's 42 U.S.C. § 1983 action against prison officials. Having carefully reviewed the record and the parties' briefs, we see no error by the district court. Having concluded the district court correctly granted summary judgment, we affirm. See 8th Cir. R. 47B.

We deny all pending motions on appeal.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.